IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED SILICON TECHNOLOGIES, LLC<br>Plaintiff, | : | |
| v. | : | Civil Action No. 15-cv-1181-RGA |
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS LLC, AUDI AG, AND AUDI OF AMERICA, LLC, | : | Jury Trial Demanded |
| Defendants. | : | |

## **STIPULATION OF DISMISSAL**

On this day, Plaintiff Advanced Silicon Technologies LLC ("Plaintiff") and Defendants Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations LLC, Audi of America, LLC (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims and counterclaims in the above captioned action are dismissed with prejudice, with all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

| | |
|---|---|
| Dated: August 30, 2016 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19081-3032<br>(302) 777-0300<br>bfarnan@farnanlaw.com | /s/ Adam W. Poff<br>Adam W. Poff (Bar No. 3990)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this \_\_\_\_ day of August, 2016.

_____
The Honorable Richard G. Andrews